APPEAL No. 73-68. GEORGE PELOSO *v.* RALPH IMPERATORE *et al.* Motion of appellant to file a brief exceeding fifty pages

is granted. *Gunning, LaFazia, Gnys & Selya, Raymond A. La-Fazia, J. Renn Olenn, Edward P. Sowa, Jr.,* for appellant. *Hanson, Curran, Bowen & Parks, A. Lauriston Parks,* for appellees.